**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION**

NARENDRA OLI,

      Petitioner,

    v.

WARDEN, FOLKSTON ICE PROCESSING
CENTER, et al.,

      Respondents.

CIVIL ACTION NO.: 2:26-cv-50

**O R D E R**

Petitioner Narendra Oli ("Oli"), through counsel, has filed a 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus.  Doc. 1.  Oli is currently detained at the Folkston Immigration and Customs Enforcement ("ICE") Processing Center in Folkston, Georgia, yet counsel filed the Petition in the Brunswick Division of this Court.  Thus, the Court **DIRECTS** the Clerk of Court to **TRANSFER** the instant cause of action to the Waycross Division of this Court for plenary disposition.  The filings in the new case should bear the same dates as those contained in the above-captioned case.

**SO ORDERED**, this 29th day of May, 2026.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA